**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 3, 2023

<u>Via Email and ECF</u>

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Deft's request to adjourn the in-person VOSR Admission Conf. from Oct. 4, 2023 to Nov. 20, 2023 at 2:00 pm is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 7.    Dated: White Plains, NY
October 4, 2023**

Re:   **United States v. Kenneth Hammonds**
       **23 CR 41 (NSR)**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Honorable Román:

I am writing, with the consent of the Government, to ask that the conference that is currently scheduled for October 4, 2023, be adjourned to a date in November.[1] I am making this request because I visited Mr. Hammonds at the Westchester County Jail earlier today and he asked that the conference be postponed.

Thank you for the consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/4/2023__

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc:   Assistant U.S. Attorney Ben Arad
      Probation Officer Pierre Reyes

---

[1] My understanding, based on conversations with chambers earlier today, is that the Court has availability on November 20, 2023, at 2:00pm.  All parties, including Probation, are available at that time.